UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)

Case No._____

MIZNER TOWER CONDOMINIUM
ASSOCIATION, INC., a Florida
not-for-profit corporation,

      Plaintiff,

v.

CRUM & FORSTER INDEMNITY
COMPANY, a Delaware corporation,

      Defendant.

_____/

## **COMPLAINT**

Plaintiff, MIZNER TOWER CONDOMINIUM ASSOCIATION, INC., by and through its undersigned counsel, sues Defendant, CRUM & FORSTER INDEMNITY COMPANY, and in support thereof, states:

1.    This is an action for declaratory relief.

2.    Pursuant to 28 U.S.C. §1332, this Court has subject matter jurisdiction because the amount in controversy exceeds $75,000.00, exclusive of interest, costs and attorneys' fees, and there is complete diversity of citizenship between the parties

3.     Plaintiff is a Florida not-for-profit corporation with a principal place of business located at 300 Southeast 5th Avenue, Boca Raton, Palm Beach County, Florida.

4.     Defendant is a Delaware for-profit corporation with its principal place of business in Morristown, New Jersey.

5.     On or about February 28, 2001, Defendant issued a commercial liability insurance policy (Policy No. 503-1913779) to Plaintiff.  The policy is not attached hereto due to its bulk but is available for inspection and copying at undersigned's offices.

6.     In or around 2003, a lawsuit for damages, attorney's fees and costs and other relief was filed against Plaintiff by unit owners (hereinafter, "the Kamises") at the Mizner Tower Condominiums alleging, inter alia, negligence and breach of statutory duty to maintain the premises.  The lawsuit is hereinafter referred to as "the Kamis lawsuit."

7.     The Kamis lawsuit went to jury trial and a final judgment was entered against the plaintiff in the amount of approximately $77,000.

8.     Thereafter, the Kamises sought to recover their attorney's fees and costs.

9.     On or about August, 2009, Defendant notified Plaintiff that it did not intend to pay for any attorney's fees or costs award against Plaintiff in favor of the

Kamises, for the reason that, according to Defendant, such an award was not covered by the aforementioned policy.

10.     Plaintiff is an interested party under the aforementioned insurance policy.  It seeks a declaration that any award of attorney's fees and costs against it in favor of the Kamises is covered by the aforementioned insurance policy and is the responsibility of Defendant within the applicable policy limits.

11.     Plaintiff reserves the right to seek additional, alternative, coercive, subsequent or supplemental relief.

12.     All conditions precedent to this action have occurred.

13.     Plaintiff is obligated to pay its attorneys a reasonable fee for their services.

WHEREFORE, Plaintiff demands judgment for declaratory and other relief as alleged, and an award of reasonable attorney's fees and costs.

> WEISS, HANDLER,
> ANGELOS & CORNWELL, P.A.
> Attorneys for Plaintiff
> One Boca Place, Suite 218A
> 2255 Glades Road
> Boca Raton, Florida 33431
> Tel: (561) 997-9995
> Fax: (561) 997-5280
>
> By:_____
>     HENRY B. HANDLER
>     Florida Bar No. 259284
>     WILLIAM J. BERGER
>     Florida Bar No. 197701